## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF INDIANA
## INDIANAPOLIS DIVISION

IN RE:                                  )
    Joshua Lee Taflinger           )
                                   )     Case No: 20-03492-JJG-7
    Debtor.                        )

## DEBTOR'S MOTION TO REDEEM PROPERTY
## PURSUANT TO U.S.C. SECTION 722

Comes now the Debtor, by counsel, and in support of this Motion, allege and state as follows:

1. That the Debtor filed a Chapter 7 Bankruptcy on **June 17, 2020**.

2. That among the dischargeable consumer debts listed in the petition filed herein was a loan from **One Main Financial** secured by a **2006 Chevy Trail Blazer.**

3. That the secured property the Debtor wishes to redeem is a **2006 Trail Blazer.**

4. Debtor wishes to redeem the **2006 Chevy Trail Blazer** Pursuant to 11 U.S.C. Section 722 for **$400.00** (60) days from the date of the order.

5. Upon payment of the redemption amount in the good funds, **One Main Financial** or its affiliates will release any lien associated on the **2006 Chevy Trail Blazer**.

WHEREFORE, the Debtor prays this Court to order **One Main Financial** to remove and mark satisfied any encumbrance or security interests in **2006 Chevy Trail Blazer.**

Respectfully submitted

June 17, 2020

/s/ Konstantine G. Orfanos
Konstantine G. Orfanos, # 10006-71
Attorney for Debtors
GLASER & EBBS
845 South Meridian Street
Indianapolis, IN 462225
(317) 636-5211 Phone
(317) 638-3474 Fax

## **CERTIFICATE OF SERVICE**

I hereby certify that at copy of the above Motion to Redeem Property Pursuant to U.S.C. Section 722 and foregoing has been delivered to the following by first class United States mail, postage prepaid or electronic filing on this _17th_ day of June 2020 to: United States Trustee, 101 E. Ohio Street, 1100, Indianapolis, IN 46204: One Main Financial, C/O Highest Ranking Officer, 2515 E. 65th Street, Indianapolis, IN 46220.

June 17, 2020, 2020

/s/ Konstantine G. Orfanos
Konstantine G. Orfanos,
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:<br>    Joshua Lee Taflinger<br><br>               Debtor(s) | )<br>)<br>)    Case No: 20-03492-JJG-7<br>) |

## NOTICE

PLEASE TAKE NOTICE that parties in interest shall have **twenty one (21) days from the date of this Notice is served** to file an objection to the attached **Motion To Redeem** on behalf of debtor(s). Objections must be filed in writing with the Clerk's Office and served on the attorney for the debtor at the addresses listed below. If no objections are timely filed, an order may be entered by the Court for the relief requested.

**GLASER & EBBS**

Date: June 17, 2020

By: /s/ Konstantine G. Orfanos
Konstantine G. Orfanos, #10006-71
Attorney for Debtor(s)

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of this **Motion to Redeem** was served on the parties by placing a copy in the U.S. Mail or by electronic filing, on this 17th day of June 2020 to; US Trustee, 101 E. Ohio Street, Suite 1000, Indianapolis, IN 46204.

The undersigned hereby certifies that a true and accurate copy of this Motion To Redeem Property was serviced by certified mail and receipt to sender below on this 17th day of June 2020

One Main Financial, C/O Highest Ranking Officer, 2515 E. 65th Street, Indianapolis, IN 46220.

.

Date: June 17, 2020

United States Bankruptcy Court
Birch Bayh Federal Building and US Courthouse
Room 116
46 E. Ohio Street
Indianapolis, IN 46204

/s/ Konstantine G. Orfanos
Konstantine G. Orfanos, Attorney
GLASER & EBBS
845 South Meridian Street
Indianapolis, IN 46225
317-636-5211 Phone
317-638-3474 Fax
Korfanos@glaserebbs.com